# LEASE.

---

## ADAMS *v.* HULL, 2 Denio, 306.
### In S. Ct. 1 Hill, 601.

### *Lease; Assignee.*

THE plaintiff being the assignee of a lease, and bound by covenant to pay the rents, &c., to the lessor, assigned the lease to the defendant by writing, expressing a consideration of three thousand dollars; whereupon the defendant executed a covenant to the plaintiff to pay the rents, &c., and at the same time gave the plaintiff two notes, under seal, one for $2,000, and the other for $1,000. This was an action of *covenant* upon the *first note ;* and the defendant offered to prove by parol, that the other note was given as collateral security for the rent, and that he had paid it at its maturity, and that he had been afterwards compelled to pay the *rent* for a like amount to the lessor to avoid a distress; which $1,000 he now sought to set off against so much of the plaintiff's demand on the other note.

The Supreme Court held the parol evidence inadmissible, but

The Court of Errors *reversed* the decision, holding it competent for the defendant to prove by parol the *considera-*

*tion of the second note,* and thus lay a foundation for the set off *pro tanto,* against the plaintiff's demand.

*Reversed* 11 to 5.